**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MARIA CARSTENS and PAUL CARSTENS, | CIVIL ACTION NO. 3:CV-14-1043 |
| Plaintiffs, | (JUDGE CAPUTO) |
| v. | |
| MICHELLE E. BROWN and ANDERS RIEGEL & MASSINGTON, LLC, | |
| Defendants. | |

## ORDER

**NOW**, this 3rd day of June, 2014, **IT IS HEREBY ORDERED** that Plaintiffs are given leave to file an amended complaint within **twenty-one (21) days** from the date of entry of this Order.  If Plaintiffs fail to do so, the action will be dismissed.

       /s/ A. Richard Caputo
       A. Richard Caputo
       United States District Judge